# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

RANDY OWENS AND CHARLOTTE
OWENS, HUSBAND AND WIFE

VERSUS

K & K INSURANCE GROUP, INC.
AND SLIDELL BANTAM BASEBALL
ASSOCIATION

NO.  2025 CW 1116

**FEBRUARY 9, 2026**

---

In Re:    Allied Trust Insurance Company, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 712512.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

    **WRIT DENIED.**

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.